UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Faith S. Hochberg |
| v. | : | Criminal No. 12-453 (FSH) |
| YOUNG-KYU PARK, et al. | : | O R D E R |

This matter having been opened to the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Anthony Moscato and Lisa M. Colone, Assistant U.S. Attorneys, appearing), and defendants Young-Kyu Park, a/k/a "Oscar" and "Anthony Bak" (by Mark Waecker, Esq., appearing), Soong-Young Park (by Alan Baum, Esq., appearing), Hanna Park (by Steven Brill, Esq., appearing), Hyeun-Jin Park, a/k/a "Sharine" (by Christopher L. Patella, Esq., appearing), Jong-Hyek Park, a/k/a "Sean" (by Edward J. Plaza, Esq., appearing), Ho-Man Lee (by Linwood Allen Jones, Esq., appearing), Samuel H. Park (by Donna R. Newman, Esq., appearing), Jong-Ho Kim (by Vincent James Sanzone , Jr., Esq., appearing), Kae-Won Jho, a/k/a "Erica" (by Michael P. Koribanics, Esq., appearing), and Young-Bae Gu (by Robert Joseph Olejar, Esq., appearing), appearing), and good cause having been shown, the Court makes the following findings:

1. This case is sufficiently complex, due to the number of defendants and the nature of the prosecution, that it is unreasonable to expect adequate preparation for pretrial

proceedings and trial within the time limits established by Title 18, United States Code, Section 3161;

2. A trial in this matter is likely to involve a large number of witnesses and significant amounts of evidence, including voluminous materials and recordings in the Korean language, and failure to grant a continuance would deny counsel for defendants and the government reasonable time necessary for effective preparation of this case, taking into account the exercise of due diligence; and

3. The ends of justice served by a continuance of the trial date in this matter until June 10, 2013 outweigh the interest of the public and the defendants in a speedy trial.

IT IS, therefore, on this 27th day of November, 2012,

ORDERED that the trial date in this matter is continued until June 10, 2013, and that the period of time from November 8, 2012 through and including June 10, 2013 shall be excluded for the purposes of computing time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(ii), and (h)(7)(B)(iv); and it is further

ORDERED that:

1. Defendants shall file pretrial motions on or before February 15, 2013;

2. The government shall respond to such motions on or before April 5, 2013;

3. Defendants shall file any reply papers on or before April 19, 2012;

4. The return date for pretrial motions shall be ___to be set___ ; and

5. Trial in this matter shall be set for Monday, June 10, 2013.

_____
HON. FAITH S. HOCHBERG
United States District Judge

_____
Anthony Moscato
Assistant United States Attorney


_____
Mark Waecker, Esq.
Attorney for Young-Kyu Park


_____
Alan Baum, Esq.
Attorney for Soong-Young Park


_____
Steven Brill, Esq.
Attorney for Hanna Park


_____
Christopher L. Patella, Esq.
Attorney for Hyeun-Jin Park

3. Defendants shall file any reply papers on or before April 19, 2012;

4. The return date for pretrial motions shall be _____; and

5. Trial in this matter shall be set for Monday, June 10, 2013.

_____
HON. FAITH S. HOCHBERG
United States District Judge

_____
Anthony Moscato
Assistant United States Attorney

_____
Mark Waecker, Esq.
Attorney for Young-Kyu Park

_____
Alan Baum, Esq.
Attorney for Soong-Young Park

_____
Steven Brill, Esq.
Attorney for Hanna Park

_____
Christopher L. Patella, Esq.
Attorney for Hyeun-Jin Park

      3. Defendants shall file any reply papers on or before April 19, 2012;

      4. The return date for pretrial motions shall be _____; and

      5. Trial in this matter shall be set for Monday, June 10, 2013.

 

_____
HON. FAITH S. HOCHBERG
United States District Judge

_____
Anthony Moscato
Assistant United States Attorney

_____
Mark Waecker, Esq.
Attorney for Young-Kyu Park

_____/s/ signature_____
Alan Baum, Esq.
Attorney for Soong-Young Park

_____
Steven Brill, Esq.
Attorney for Hanna Park

_____
Christopher L. Patella, Esq.
Attorney for Hyeun-Jin Park

3. Defendants shall file any reply papers on or before April 19, 2012;

4. The return date for pretrial motions shall be _____; and

5. Trial in this matter shall be set for Monday, June 10, 2013.

_____
HON. FAITH S. HOCHBERG
United States District Judge

_____
Anthony Moscato
Assistant United States Attorney

_____
Mark Waecker, Esq.
Attorney for Young-Kyu Park

_____
Alan Baum, Esq.
Attorney for Soong-Young Park

_____
Steven Brill, Esq.
Attorney for Hanna Park

_____
Christopher L. Patella, Esq.
Attorney for Hyeun-Jin Park

      3.   Defendants shall file any reply papers on or before April 19, 2012;

      4.   The return date for pretrial motions shall be _____; and

      5.   Trial in this matter shall be set for Monday, June 10, 2013.

_____
HON. FAITH S. HOCHBERG
United States District Judge

_____
Anthony Moscato
Assistant United States Attorney

_____
Mark Waecker, Esq.
Attorney for Young-Kyu Park

_____
Alan Baum, Esq.
Attorney for Soong-Young Park

_____
Steven Brill, Esq.
Attorney for Hanna Park

*/s/ [signature]*
Christopher L. Patella, Esq.
Attorney for  Hyeun-Jin Park

_____
Edward J. Plaza, Esq.
Attorney for Jong-Hyek Park


_____
Linwood Allen Jones, Esq.
Attorney for Ho-Man Lee


_____
Donna R. Newman, Esq.
Attorney for Samuel H. Park


_____
Vincent James Sanzone, Jr., Esq.
Attorney for Jong-Ho Kim


_____
Michael P. Koribanics, Esq.
Attorney for Kae-Won Jho


_____
Robert Joseph Olejar, Esq.
Attorney for Young-Bae Gu

_____
Edward J. Plaza, Esq.
Attorney for Jong-Hyek Park

_____
Linwood Allen Jones, Esq.
Attorney for Ho-Man Lee


_____
Donna R. Newman, Esq.
Attorney for Samuel H. Park


_____
Vincent James Sanzone, Jr., Esq.
Attorney for Jong-Ho Kim


_____
Michael P. Koribanics, Esq.
Attorney for Kae-Won Jho


_____
Robert Joseph Olejar, Esq.
Attorney for Young-Bae Gu

_____
Edward J. Plaza, Esq.
Attorney for Jong-Hyek Park


_____
Linwood Allen Jones, Esq.
Attorney for Ho-Man Lee


*Donna R. Newman* (signature)
_____
Donna R. Newman, Esq.
Attorney for Samuel H. Park


_____
Vincent James Sanzone, Jr., Esq.
Attorney for Jong-Ho Kim


_____
Michael P. Koribanics, Esq.
Attorney for Kae-Won Jho


_____
Robert Joseph Olejar, Esq.
Attorney for Young-Bae Gu

_____
Edward J. Plaza, Esq.
Attorney for Jong-Hyek Park


_____
Linwood Allen Jones, Esq.
Attorney for Ho-Man Lee


_____
Donna R. Newman, Esq.
Attorney for Samuel H. Park


*/s/ Vincent James Sanzone, Jr.*
_____
Vincent James Sanzone, Jr., Esq.
Attorney for Jong-Ho Kim


_____
Michael P. Koribanics, Esq.
Attorney for Kae-Won Jho


_____
Robert Joseph Olejar, Esq.
Attorney for Young-Bae Gu

_____
Edward J. Plaza, Esq.
Attorney for Jong-Hyek Park


_____
Linwood Allen Jones, Esq.
Attorney for Ho-Man Lee


_____
Donna R. Newman, Esq.
Attorney for Samuel H. Park


_____
Vincent James Sanzone, Jr., Esq.
Attorney for Jong-Ho Kim

_/s/_ _Michael_ _P._ _Koribanics_____
Michael P. Koribanics, Esq.
Attorney for Kae-Won Jho


_____
Robert Joseph Olejar, Esq.
Attorney for Young-Bae Gu

Edward J. Plaza, Esq.
Attorney for Jong-Hyek Park

Linwood Allen Jones, Esq.
Attorney for Ho-Man Lee

Donna R. Newman, Esq.
Attorney for Samuel H. Park

Vincent James Sanzone, Jr., Esq.
Attorney for Jong-Ho Kim

Michael P. Koribanics, Esq.
Attorney for Kae-Won Jho

Robert Joseph Olejar, Esq.
Attorney for Young-Bae Gu